**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

UNITED STATES OF AMERICA,

                  Plaintiff,

     v.

FRANKIE GONZALES, et al.,

                  Defendant.

**Case No.** CR07-5656 JKA

**Order Denying Plaintiff's Motion**
**for Reconsideration**

     This matter comes before the court on Government's Motion Seeking Reconsideration of Order Dismissing Count Three (Dkt#29). The court has considered plaintiff's motion as well as the files and records herein.

     <u>CrR12(c)(11) Reconsideration of Motions</u>.

     <u>(A)</u>. *Standards*. Motions for Reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence . . . . . . . . . . . .
(C). *Procedure.* No response to a motion for reconsideration shall be filed unless requested by the court. No motion for reconsideration will be granted without such a request. . . . . . .

     Having reviewed the motion for reconsideration the court finds no error in the prior ruling, nor is there a showing of new facts or legal authorities which either were not or could not have been brought to its earlier attention.

     Accordingly, the government's (plaintiff) motion for reconsideration is hereby denied.

March 27, 2008.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ J. Kelley Arnold*
J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 2